**No. 59538.**—Rivoli Scarf & Novelty Company and Air Express Int. Agency *v.* United States, protest 194285–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares or scarves similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.